# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL DEGROAT, *et al.*,

   Plaintiffs,

v.

DEREK FELSMAN, *et al.*,

   Defendants.

NO. 3:16-CV-01186

(JUDGE CAPUTO)

## ORDER

**NOW**, this 15th day of February, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment filed by Defendants Derek Felsman, Brett Ast, and Michael Oakes (Doc. 89) is **GRANTED in part** and **DENIED in part**.

   (A) Judgment is **ENTERED** in favor of the Defendants and against the Plaintiffs on Count I of the Third Amended Complaint (Failure to Intervene) (Doc. 101).

   (B) The Motion is **DENIED** in all other respects.

(2) This matter is placed on the June 2019 Trial List.

                                     /s/ A. Richard Caputo
                                      A. Richard Caputo
                                      United States District Judge